# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) JOHN LUCAS DIXON,** | |
| Plaintiff, | |
| v. | Case No.   CIV-22-643-PRW |
| **(1) LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,** and **(2) LIBERTY MUTUAL INSURANCE GROUP, INCORPORATED,** | |
| Defendants. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Liberty Mutual Personal Insurance Company ("LMPIC") hereby removes the above-captioned case from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma.[1] In support of this removal, LMPIC states as follows:

1. On July 11, 2022, Plaintiff John Lucas Dixon ("Plaintiff") commenced an action in the District Court of Oklahoma County, Oklahoma, entitled *John Lucas Dixon v. Liberty Mutual Personal Insurance Company and Liberty Mutual Insurance Group, Incorporated,* Case No. CJ-2022-3302 (the "State Court Action"). A true copy of the state

---

[1] LMPIC is the only entity that Plaintiff has served in this case. Regardless, "Liberty Mutual Insurance Group, Incorporated," does not exist.

court docket sheet is attached as Exhibit 1. All process, pleadings, and orders filed or served in the State Court Action are attached hereto as Exhibits 2 through 3.

2. Plaintiff is a citizen of Oklahoma County, Oklahoma. Exhibit 2, Petition, at ¶ 1. Defendant LMPIC is a corporation incorporated under the laws of the State of Massachusetts with its principal place of business in Boston, Massachusetts.[2]

3. Plaintiff seeks damages in excess of $75,000.00. Exhibit 2, Petition, at ¶ 13 and at Plaintiff's Prayer for Relief.

4. This is a civil action over which this Court has original jurisdiction based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C. § 1332, and which may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

5. The Western District of Oklahoma includes the state judicial district in which Plaintiff filed his Petition.

6. In accordance with 28 U.S.C. § 1446(b)(1), this action has been removed within thirty (30) days of service of Plaintiff's Petition.

7. Contemporaneous with LMPIC's filing of this Notice, LMPIC shall serve written notice to Plaintiff's counsel of this filing, as required by 28 U.S.C. § 1446(d).

8. LMPIC shall also file a true copy of this Notice of Removal with the Clerk of the District Court in and for Oklahoma County, State of Oklahoma, as required by 28 U.S.C. § 1446(d).

---

[2] Again, "Liberty Mutual Insurance Group, Incorporated," does not exist.

## **CONCLUSION**

Defendant Liberty Mutual Personal Insurance Company respectfully removes the State Court action from the District Court for Oklahoma County, Oklahoma, to the United States District Court for the Western District of Oklahoma, to proceed as an action properly removed thereto.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
boconnor@hallestill.com
mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT LIBERTY MUTUAL PERSONAL INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of August, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

    Simone Fulmer Gaus
    Jacob L. Rowe
    Andrea R. Rust

    **ATTORNEYS FOR PLAINTIFF**

                                        *s/William W. O'Connor*
                                        William W. O'Connor

5315279.1:003439.00190