# EXHIBIT 3

0129

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

RECEIVED
OKLAHOMA INSURANCE DEPARTMENT

JUL 13 2022

LEGAL DIVISION

| | |
|---|---|
| JOHN LUCAS DIXON, | ) |
| *Plaintiff,* | ) |
| v. | ) CASE NO. CJ-2022-3302 |
| LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, | ) |
| and | ) |
| LIBERTY MUTUAL INSURANCE GROUP, INCORPORATED, | ) |
| *Defendants.* | ) |

### SUMMONS

TO THE ABOVE-NAMED DEFENDANT:   **Liberty Mutual Personal Insurance Co.**
**c/o Glen Mulready, Insurance Commissioner**
**400 NE 50th Street**
**Oklahoma City, OK 73105**

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this __11__ day of July, 2022.

Rick Warren, Oklahoma County Court Clerk

By: _____

Attorneys for Plaintiff:
Simone Fulmer Gaus, OBA #17037
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL, PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK  73103
Phone: (405) 510-0077
Fax:    (800) 978-1345

This summons was served on _____.

_____
Signature of Person Serving Summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**